PAUL J. SMOOT, SBN 160787
IRENE Y. FUJII, SBN 213086
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone (650) 348-0102
Facsimile (650) 348-0962

Attorneys for Plaintiff
CONNIE L. BROWN

E-Filing

FILED

JUN 20 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNIE L. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS<br><br>Defendants. | Case No. C04-1536 VRW<br><br>**STIPULATION; ORDER THEREON** |

Due to the nature and complexity of this case, there are no other attorneys in plaintiffs' counsel's office who are sufficiently familiar with either the *Armstrong* action [C01-2611 VRW] or the *Brown* action [C04-1536 VRW] to prepare and take the depositions for plaintiffs' case or to defend the depositions for plaintiffs. Because of the similarity of facts, witnesses, and legal issues in the *Armstrong* action and the *Brown* action, the discovery is overlapping, and, at the Joint Case Management Conference, before the Honorable Vaughn R. Walker, the parties had agreed to utilize the same discovery for both cases.

Plaintiffs and counsel have just learned that Plaintiff Connie L. Brown must undergo additional and further neurosurgery. Ms. Brown understands this neurosurgery surgery on her optic nerve is, similar, if not identical, to the neurosurgery surgery she recently underwent. Ms.

1

STIPULATION; ORDER THEREON - C04-1536 VRW

1 | Brown has been advised that the prior neurosurgery and currently scheduled neurosurgery was
2 | and is related to her work. Ms. Brown is expected to be out on rehabilitation for five (5) months.
3 | Ms. Brown's assistance is critical in preparation for trial, but, more importantly, opposition of
4 | defendant's motions for summary judgment.

5 |     In addition, Plaintiffs' counsel suffered a complete rupture of his Achilles tendon and
6 | underwent surgery on March 10, 2005. Counsel requested a two month continuance believing
7 | that would be sufficient time to recover and complete discovery required. Unfortunately, counsel
8 | was overly optimistic in estimating his recovery time. Counsel's recovery is taking longer due to
9 | his spinal fusion and the impact of the new injury, resulting in scheduling conflicts.

10 |     As a result of Ms. Brown's condition and required time off to rehabilitate, concomitant
11 | with the scheduling conflicts due, the parties request the discovery cut-off and hearing of
12 | dispositive motions be continued as set forth below.

13 | **IT IS HEREBY STIPULATED** by and between the parties hereto, through their
14 | respective counsel as undersigned, that :

15 |     1.    Non-expert discovery completion date be continued from the currently scheduled
16 | date of July 14, 2005 to February 14, 2006;

17 |     2.    Filing for dispositive motions, including summary judgment, be continued from
18 | the currently scheduled date of July 14, 2005 to February 14, 2006;

19 |     3.    Hearing on the dispositive motions, including summary judgment, be ~~continued~~
20 | ~~from the currently~~ scheduled ~~date of August 16, 2005, at 2:00 p.m.~~ to ~~Tuesday,~~ *Thursday, 23* March ~~21~~, 2006,
21 | at 2:00 p.m.;

22 |     4.    Expert discovery disclosure reports be continued from the currently scheduled
23 | date of Monday, August 29, 2005 to March 30, 2006;

24 |     5.    Expert discovery rebuttal completion date be continued from the currently
25 | scheduled date of September 30, 2005, to April 28, 2006;
26 | / / /
27 | / / /
28 | / / /

1  6. Completion of expert discovery be continued from the currently scheduled date of
2  October 21, 2005 to May ~~29~~ 31, 2006;

3  7. Pre-trial conference be continued from the currently scheduled date of November
4  18, 2005 to ~~Friday, June 16, 2006~~ Tuesday, June 20, 2006 at 9:00 a.m.

6  Dated: 6/17/05                    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

8                                    By: _____
                                     PAUL J. SMOOT
9                                    Attorneys for Plaintiff

10
11 Dated: 6/17/05                    SAN FRANCISCO CITY ATTORNEY'S OFFICE

13                                   By: _____
                                     Jill A. Sprague
                                     Attorneys for Defendant CITY AND COUNTY OF
14                                   SAN FRANCISCO and DEPARTMENT OF
                                     PUBLIC WORKS

16
17 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

19                                   ORDER
   IT IS SO ORDERED.
20 Dated: 20 JUN 2005                _____
21                                   JUDGE OF THE U.S. DISTRICT COURT

3

TOTAL P.02