PAUL J. SMOOT, SBN 160787
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone (650) 348-0102
Facsimile  (650) 348-0962

Attorneys for Plaintiff
CONNIE L. BROWN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ARMSTRONG, MONIQUE BAILEY, CONNIE L. BROWN, KARL DYSON, EDWARD FERDINAND, RICHARD FONTENBERRY, JR., NADINE GORDON, VICTOR HUMPHREY, TESHA JENNINGS, DAVID JOHNWELL, RHEUBEN CHARLES JOHNSON, DEREK MADARIS, GLORIA OWENS, ROY RAY, RICARDO RIDEOUT, SR., MARY SIMMONS, LAMAR SIMPSON, JR., and TRESSA KNOX<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50, inclusive<br>Defendants. | Case No.  C04-1536 VRW<br><br>(Case No. C01-2611 VRW)<br><br>**STIPULATION; ORDER THEREON** |
| CONNIE L. BROWN<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS<br><br>Defendants, | |

Due to the nature and complexity of this case, there are no other attorneys in plaintiffs'

1

1  counsel's office who are sufficiently familiar with either the *Armstrong* action [C01-2611 VRW]
2  or the *Brown* action [C04-1536 VRW] to prepare and take the depositions for plaintiffs' case or
3  to defend the depositions for plaintiffs. Because of the similarity of facts, witnesses, and legal
4  issues in the *Armstrong* action and the *Brown* action, the discovery is overlapping, and, at the
5  Joint Case Management Conference, before the Honorable Vaughn R. Walker, the parties had
6  agreed to utilize the same discovery for both cases.
7  　　　　　　As a result of Ms. Brown's condition and required time off to rehabilitate,
8  concomitant with the scheduling conflicts due, the parties request the discovery cut-off and
9  hearing of dispositive motions be continued as set forth below. Ms. Brown's neurosurgeon and
10 neurologist have cleared Ms. Brown to return to work and for litigation purposes by March 31,
11 2006. The parties request the scheduled be continued approximately 60 days.
12 　　　　**IT IS HEREBY STIPULATED** by and between the parties hereto, through their
13 respective counsel as undersigned, that :
14 　　　　1.　　Non-expert discovery completion date be continued from the currently scheduled
15 date of February 14, 2006 to May 19, 2006;
16 　　　　2.　　Filing for dispositive motions, including summary judgment, be continued from
17 the currently scheduled date of February 14, 2006 to May 19, 2006;
18 　　　　3.　　Hearing on the dispositive motions, including summary judgment, be continued
19 from the currently scheduled date of March 21, 2006, at 2:00 p.m. to ~~June 26, 2006~~ June 22, 2006, at 2:00 p.m.;
20 　　　　4.　　Expert discovery disclosure reports be continued from the currently scheduled
21 date of March 30, 2006 to June 13, 2006;
22 　　　　5.　　Expert discovery rebuttal completion date be continued from the currently
23 scheduled date of April 28, 2006, to July 12, 2006;
24 　　　　6.　　Completion of expert discovery be continued from the currently scheduled date of
25 May 29, 2006 to August 11, 2006;
26
27 　　　　　　　　　　**[INTENTIONALLY LEFT BLANK]**
28

2

STIPULATION; ORDER THEREON - C04-1536 VRW; C01-2611 VRW

1  7. Pre-trial conference be continued from the currently scheduled date of June 16,
2  2006 to ~~August 30, 2006.~~ August 29, 2006 at 9:00 a.m.

4  Dated: 12/20/05          ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

6                           By: /s/ Paul J. Smoot
                             PAUL J. SMOOT
7                            Attorneys for Plaintiff

8  Dated: 12/20/05          SAN FRANCISCO CITY ATTORNEY'S OFFICE

10                          By: /s/
11                           Jill A. Sprague
                             Attorneys for Defendant CITY AND COUNTY OF
12                           SAN FRANCISCO and DEPARTMENT OF
                             PUBLIC WORKS

14 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
15 "conformed" signature (/S/) within this efiled document.

17              ORDER
   IT IS SO ORDERED.
18 Dated: _____
                                    /s/ Judge Vaughn R Walker
19 December 27, 2005                JUDGE OF THE UNITED STATES DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA

3
TOTAL P.03