1  PAUL J. SMOOT, SBN 160787
   **ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
2  400 South El Camino Real, Suite 700
   San Mateo, California 94402
3  Telephone (650) 348-0102
   Facsimile  (650) 348-0962
4
   Attorneys for Plaintiffs
5

**FILED**

MAR 14 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES ARMSTRONG, MONIQUE BAILEY, CONNIE L. BROWN, KARL DYSON, EDWARD FERDINAND, RICHARD FONTENBERRY, JR., NADINE GORDON, VICTOR HUMPHREY, TESHA JENNINGS, DAVID JOHNWELL, RHEUBEN CHARLES JOHNSON, DEREK MADARIS, GLORIA OWENS, ROY RAY, RICARDO RIDEOUT, SR., MARY SIMMONS, LAMAR SIMPSON, JR., and TRESSA KNOX<br><br>       Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50, inclusive<br>       Defendants. | Case No. C04-1536 VRW<br><br>(Case No. C01-2611 VRW)<br><br>**STIPULATION; ORDER THEREON**<br><br><br>**BY FAX** |
| CONNIE L. BROWN<br><br>       Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS<br><br>       Defendants. | |

  Plaintiff Connie Brown's condition postoperatively has greatly improved. The two

1

STIPULATION; ORDER THEREON - C04-1536 VRW; C01-2611 VRW

neurosurgeries to remove tumors have been successful; however, the follow-up treatment required has been extended to June 30, 2006.

Due to the nature and complexity of this case, there are no other attorneys in plaintiffs' counsel's office who are sufficiently familiar with either the *Armstrong* action [C01-2611 VRW] or the *Brown* action [C04-1536 VRW] to prepare and take the depositions for plaintiffs' case or to defend the depositions for plaintiffs. Because of the similarity of facts, witnesses, and legal issues in the *Armstrong* action [C01-2611 VRW] and the *Brown* action [C04-1536 VRW], the discovery is overlapping, and, at the Joint Case Management Conference, before the Honorable Vaughn R. Walker, the parties had agreed to utilize the same discovery for both cases.

Ms. Brown's neurosurgeon and neurologist have cleared Ms. Brown to return to work and for litigation purposes by June 30, 2006. Counsel for plaintiff, Paul Smoot, has discussed the medical condition with plaintiff and her consulting physician and the parties request the scheduled be continued approximately 60 days beyond her return date. This matter has been continued on prior occasions. Plaintiff's counsel has been assured Ms. Brown will be available and in condition to give deposition testimony and assist in her case by her return date, June 30, 2006.

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel as undersigned, that :

1. Non-expert discovery completion date be continued from the currently scheduled date of May 19, 2006 to September 19, 2006;

2. Filing for dispositive motions, including summary judgment, be continued from the currently scheduled date of May 19, 2006 to September 19, 2006;

3. Hearing on the dispositive motions, including summary judgment, be continued from the currently scheduled date of June 26, 2006, at 2:00 p.m. to October 26, 2006, at 2:00 p.m.;

4. Expert discovery disclosure reports be continued from the currently scheduled date of June 13, 2006 to October 13, 2006;

5. Expert discovery rebuttal completion date be continued from the currently

1  scheduled date of July 12, 2006 to November 13, 2006;

2      6.   Completion of expert discovery be continued from the currently scheduled date of

3  August 11, 2006 to December 11, 2006;

4  Pre-trial conference be continued from the currently scheduled date of August 30, 2006 to

5  December 29, 2006.

6        12  at 9:00 a.m.

7

8  Dated: 3/10/06                        ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

9

10                                       By: _____
                                              PAUL J. SMOOT
11                                            Attorneys for Plaintiff

12
    Dated: 3/10/06                       SAN FRANCISCO CITY ATTORNEY'S OFFICE
13

14
                                         By: _____
15                                            Jill A. Sprague
                                              Attorneys for Defendant CITY AND COUNTY OF
16                                            SAN FRANCISCO and DEPARTMENT OF
                                              PUBLIC WORKS
17

18
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
19  "conformed" signature (/S/) within this efiled document.

20

21                                       ORDER
    IT IS SO ORDERED.
22              14 MAR 2006
    Dated: _____
23                                       _____
                                         JUDGE OF THE U.S. DISTRICT COURT
24

25

26

27

28

                                         3